UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA ANCHETA and ANTHONY ANCHETA,<br><br>                              Plaintiffs,<br>v.<br>FCA US LLC, et al.,<br><br>                              Defendants. | Case No.:  20cv2197-GPC(RBB)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On January 6, 2021, the Court issued an Order to Show Cause directing Plaintiff Anthony Ancheta to show cause why sanctions should not be imposed for his failure to appear at the January 6, 2021 Early Neutral Evaluation Conference [ECF No. 8]. Plaintiff's counsel, Timothy Whelan, Esq., filed a declaration in response to the Order to Show Cause on January 12, 2021 [ECF No. 10].  Mr. Whelan explained that he learned that Mr. Ancheta had a pre-planned trip scheduled for the date of the initial Early Neutral Evaluation Conference, and mistakenly believed that the conference could proceed solely with the appearance of the other plaintiff, Cristina Ancheta, if she had full settlement authority.  (Whelan Decl. 2-3, ECF No. 10.)  Mr. Whelan apologized for not apprising the Court of the situation in advance of the January 6, 2021 conference.  (Id. at 3.)

1    On February 11, 2021, the Court convened a hearing on the Order to Show Cause.
2 Upon consideration of the explanation provided in Mr. Whelan's declaration, and
3 because Defendant's counsel did not request sanctions, the Court did not impose
4 sanctions on Mr. Ancheta.  The Order to Show Cause is accordingly **DISCHARGED**.
5    **IT IS SO ORDERED**.
6 Dated:  February 11, 2021

Hon. Ruben B. Brooks
United States Magistrate Judge